CA05-260S

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Office of Federal Operations**
**P.O. Box 19848**
**Washington, D.C. 20036**

Joanna Lee,
Complainant,

v.

Gordon R. England,
Secretary,
Department of the Navy,
Agency.

Request No. 05A50559
Appeal No. 01A42711

## DENIAL

Complainant requested reconsideration of the decision in *Joanna Lee v. Department of the Navy*, EEOC Appeal No. 01A42711 (January 24, 2005). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. *See* 29 C.F.R. § 1614.405(b).

After reconsidering the previous decision and the entire record, the Commission finds that the request fails to meet the criteria of 29 C.F.R. § 1614.405(b), and it is the decision of the Commission to deny the request. The decision in EEOC Appeal No. 01A42711 remains the Commission's final decision. There is no further right of administrative appeal on the decision of the Commission on this request.

## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0900)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

EX: 1

MAR 1 4 2005

Date

Equal Opportunity Assistant

CA05-260S

# Boston Public Schools

Office of Human Resources

BOSTONIA CONDITA A.D. 1630

February 17, 2005

To Whom It May Concern:

I stand by my statement of September 26, 2004 concerning the EEO complaint of Joanna Lee. (copy attached)

I am the Naval War College official who chose alternative dispute resolution to persuade Joanna Lee to withdraw her EEO complaint in exchange for reassignment to a new GS-7 position in CCE, a re-written PD, and an evaluation by a new supervisor. I certify that it was a valid settlement agreement of an EEO claim because I am the official who adjudicated it. I gave clear instructions to senior staff to execute the agreement. If they did not, that is bad faith as far as I am concerned because as Provost I was the authority on these matters. It is my belief that senior staff at the Naval War College violated Joanna Lee's privacy through inappropriate and unprofessional "gossip" of a sexist nature and created an atmosphere prejudicial to Ms. Lee.

Barbara E. McGann

BARBARA E. MCGANN
REAR ADMIRAL, U. S. NAVY (RETIRED)
Assistant Superintendent, Human Resources

26 Court Street
Boston, MA 02108

Voice: (617) 635-9600
Fax: (617) 635-9672

www.boston.k12.ma.us

FOCUS On Children
Boston Public Schools

EX 2