UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOANNA LEE,<br>*Plaintiff*<br><br>v.<br><br>GORDON R. ENGLAND,<br>Secretary, Department of the Navy,<br>*Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 2005-260S |

**PLAINTIFF, JOANNA LEE'S REPLY TO SHOW CAUSE ORDER**

*Now comes* Plaintiff, JOANNA LEE, in the above-subject case to respond to this honorable Court's Order to show cause why the above-captioned cause of action should not be dismissed without prejudice or costs due to the lack of prosecution, pursuant to Local Rule 21, U.S. District Court, District of Rhode Island.

**Facts and Travel of the Case**

Plaintiff, JOANNA LEE [Mrs. Lee], is currently a federal government employee working at the Naval War College, Newport, Rhode Island. The nature of this cause of action is an appeal from a final decision by the Office of Federal Operations, U.S. Equal Employment Opportunity Commission [Commission], denying Mrs. Lee's request for reconsideration of its decision in *Joanna Lee v. Department of the Navy*, EEOC Appeal No. 01A42711 (January 24, 2005).

Mrs. Lee her civil action and enclosed as an attachment the notice she received from the Commission; she also received from this honorable Court a summons issued by the Clerk of Court. On July 18, 2005, Plaintiff's counsel contacted via telephone the U.S. Attorney's Office for the District of Rhode Island to request acceptance of the summons and Complaint in this matter, pursuant to Rule 4(d), Fed.R.Civ.Pro. (*See* Exhibit 1.) During that phone conversation, it was represented by that office that they would accept the summons as service of process on behalf of the Department of the Navy. On July 27,

2005, a copy of the above-subject complaint was sent via regular U.S. mail to the Chief of the Civil Division of the U.S. Attorney's office in Rhode Island. On September 16, 2005, Counsel sent correspondence to the same office requesting information regarding the status of this matter. (*See* Exhibit 2.) In reply, the U.S. Attorney's office sent correspondence dated September 22, 2005 that it was not their policy nor practice to accept service of process on behalf of federal agencies and requested that the Complaint be filed in accordance with the Federal Rules of Civil Procedure. (*See* Exhibit 3.)

On September 30, 2005, Counsel sought and received a second summons from the Clerk of Court for service of process upon Defendant, Gordon R. England, Secretary, Department of the Navy. (*See* Exhibit 4.) On October 14, 2005, service of process (summons and Complaint) was sent via certified mail, return receipt requested, to the Office of Legal Counsel, Gordon R. England, Secretary, Department of the Navy. (*See* Exhibit 5.) On October 20, 2005, the summons and Complaint were accepted by Defendant. (*See* Exhibit 6.) To date, however, Mrs. Lee has not received the return receipt "green card," or a copy of the summons, as requested.

**Argument**

Mrs. Lee began this cause of action for claimed damages from the Defendant, GORDON R. ENGLAND, in his official capacity as SECRETARY, DEPARTMENT OF THE NAVY, pursuant to Title VII of the Civil Rights Act of 1964, the final Agency decision from the Equal Employment Opportunity Commission, Office of Federal Operations and applicable state law governing employment relationships in accordance with the law of the State of Rhode Island. In an attempt to expedite service of process, curtail costs and streamline the litigation process, pursuant to Rule 4, Mrs. Lee contacted the federal government's local U.S. Attorney's office. Due to miscommunication and/or a reliance on representations made by that office, the time in which this cause of action was served was lengthened to a period of time exceeding one-hundred twenty days. This length of time, however, has not imposed an undue hardship or prejudiced either party in

this action. Moreover, good cause exists that a reliance on the representations made by a party expected to represent Defendant, GORDON R. ENGLAND, Secretary, Department of the Navy was not unreasonable.

**Conclusion**

*Wherefore*, Mrs. Lee has shown good cause in which service of process was consummated, Defendant, GORDON R. ENGLAND, Secretary, Department of the Navy, has received notice of this cause of action pursuant to Rule 4, Fed.R.Civ.Pro., and neither party has been prejudiced by the time expended between the original filing of this cause of action and the second summons issued by this honorable Court. It is, therefore, respectfully requested that this honorable Court rule that Mrs. Lee has shown good cause for the delay in the service of

Respectfully submitted,
JOANNA LEE,
By her Attorney,

THE COATY LAW OFFICES

Steven John Coaty, Esq. (5719)
P.O. Box 1293
Newport, RI 02840
Tel: 401.848.7227

Dated: 4 November 2005