# THE COATY LAW OFFICES, LTD.

NEWPORT PROVIDENCE WARWICK

*STEVEN JOHN COATY, ESQ.**

REPLY TO:

P.O. BOX 1293
NEWPORT, RHODE ISLAND 02840
TELEPHONE: (401) 848-7227
Facsimile: (401) 619-0974

*ALSO ADMITTED IN MA. AND WI.

July 27, 2005

Luis M. Matos, Esq.
Chief, Civil Division
CIVIL DIVISION
U.S. ATTORNEY'S OFFICE
FLEET CENTER
50 Kennedy Plaza
Providence, RI 02903

Re: JOANNA LEE v. GORDON R. ENGLAND
C.A. No: 05-260S

Dear Attorney Matos:

Please find enclosed Plaintiff's Complaint in the above-subject matter. Pursuant to my phone conversation with your office, you will accept service of process for the Defendant, Department of the Navy.

Thank you for your attention to this matter. Please contact me if you have any questions or concerns regarding same.

Very truly yours,

Steven John Coaty

SJC:sc

Encl.

Ex (1)