**U.S. Departme. .f Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001
CIVIL FAX (401) 709-5017

September 22, 2005

Steven John Coaty, Esq.
The Coaty Law Offices, Ltd.
P.O. Box 1293
Newport, Rhode Island 02840

Re: Joanna Lee v. Gordon R. England, Secretary, Department of the Navy

Dear Mr. Coaty:

Your correspondence of September 16, 2005, received by this office on September 21, 2005, has been referred to me. Please be advised as follows.

This office has no record of having received the Verified Complaint in this matter. Nor did Mr. Matos, or anyone on his behalf, receive your letter of July 27, 2005. Furthermore, it is our policy and practice not to accept service of process on behalf of federal agencies. Therefore, we are puzzled by the statement in your July 27, 2005 letter asserting that this office agreed to do so.

If you wish to serve the complaint, you are required to do so in accordance with the Federal Rules of Civil Procedure. The complaint will then be processed in due course.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

Lisa Dinerman

Lisa Dinerman
Assistant United States Attorney

Ex (3)