0 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

JOANNA LEE

V.

GORDON R. ENGLAND, SECRETARY, DEPT OF NAVY

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA # 05-260 S

TO: (Name and address of Defendant)

GORDON R. ENGLAND, SECRETARY, DEPT OF NAVY
1000 NAVY PENTAGON
WASHINGTON, DC 20350-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

S.J. COATY
THE COATY LAW OFFICES
P.O. BOX 1293
NEWPORT RI 02840
401.848.7227

wer to the complaint which is served on you with this summons, within 120 days after service summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the of this Court within a reasonable period of time after service.

[signature]

UTY CLERK

September 30, 2005

DATE

EX (4)