# THE COATY LAW OFFICES, LTD.

NEWPORT PROVIDENCE WARWICK

*STEVEN JOHN COATY, ESQ.**

REPLY TO:

P.O. BOX 1293
NEWPORT, RHODE ISLAND 02840
TELEPHONE: (401) 848-7227
Facsimile: (401) 619-0974

*ALSO ADMITTED IN MA. AND WI.

October 14, 2005

***Via Certified Mail (Return Receipt Requested):***
7005 0390 0002 8933 8706

GORDON R. ENGLAND,
Secretary, Department of the Navy
OFFICE OF LEGAL COUNSEL
1000 NAVY PENTAGON
WASHINGTON, D.C. 20350-1000

**RE: SUMMONS IN CIVIL MATTER**
**JOANNA LEE v. GORDON R. ENGLAND, SECRETARY, DEPARTMENT OF NAVY**
**C.A. NO: 2005-260S**

To Whom It May Concern:

Please find enclosed the Summons and Complaint in the above-subject matter issued by the United States District Court, Rhode Island. Please return a copy of the completed summons in the self-addressed envelope that is also enclosed.

Please contact our office if you have any questions or concerns regarding this matter.

Very truly yours,

Steven John Coaty

SJC:sc

Encls.

Ex (5)

UNITED STATES POSTAL SERVICE

***** WELCOME TO *****
NEWPORT MPO
NEWPORT, RI 02840-9998
10/14/05 05:44PM

| | | | |
|---|---|---|---|
| tore | USPS | Trans | 128 |
| kstn | sys5004 | Cashier | KP2QMJ |
| ashier's Name | | TIM | |
| tock Unit Id | | WINTIM | |
| ) Phone Number | | 800-275-8777 | |
| SPS # | | 4371430840 | |

1. 37c Reagan PSA 0.37
2. First Class 0.37
   - Destination: 02871
   - Weight: 1.00 oz.
   - Postage Type: PVI
   - Total Cost: 0.37
   - Base Rate: 0.37
3. First Class 5.34
   - Destination: 20350
   - Weight: 4.80 oz.
   - Postage Type: PVI
   - Total Cost: 5.34
   - Base Rate: 1.29

SERVICES
Certified Mail 2.30
70050390000289338706
Rtn Recpt (Green Card) 1.75

| | |
|---|---|
| Subtotal | 6.08 |
| Total | 6.08 |
| Cash | 7.00 |
| Change Due Cash | 0.92 |

order stamps at USPS.com/shop or call -800-Stamp24. Go to PS.com/clicknship to print shipping bels with postage. For other formation call 1-800-ASK-USPS.

mber of Items Sold: 3

NATIONAL PREPAREDNESS MONTH
"RESOLVE TO BE READY"
HAVE AN EMERGENCY SUPPLY KIT
MAKE A FAMILY EMERGENCY PLAN
BE INFORMED BE INVOLVED

7005 0390 0002 8933 8706

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE
WASHINGTON DC 20350

| | |
|---|---|
| Postage | $ 1.29 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.34 |

UNIT ID: 0840
Postmark Here
Clerk: KP2QMJ
10/14/05
RS Fee Pd

Sent To Gordon England, Secretary, DON, Legal Counsel
Street, Apt. No.; or PO Box No. Pentagon, 1000 Navy Pentagon
City, State, ZIP+4 Washington DC 20350-1000

PS Form 3800, June 2002 See Reverse for Instructions