UNITED STATES POSTAL SERVICE®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 0390 0002 8933 8706**
Detailed Results:

- **Delivered, October 20, 2005, 7:59 am, WASHINGTON, DC 20310**
- **Arrival at Unit, October 20, 2005, 2:50 am, WASHINGTON, DC 20022**
- **Acceptance, October 14, 2005, 5:45 pm, NEWPORT, RI 02840**

< Back    Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >


Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

&u&b&d

Ex (6)