# THE COATY LAW OFFICES, LTD.

NEWPORT PROVIDENCE WARWICK

***STEVEN JOHN COATY, ESQ.****

RECEIVED
SEP 21 2005
U.S. ATTORNEY
DISTRICT OF R.I.

**REPLY TO:**

**P.O. BOX 1293**
**NEWPORT, RHODE ISLAND 02840**
**TELEPHONE: (401) 848-7227**
**Facsimile: (401) 619-0974**

***ALSO ADMITTED IN MA. AND WI.**

September 16, 2005

Luis M. Matos, Esq.
Chief, Civil Division
CIVIL DIVISION
U.S. ATTORNEY'S OFFICE
FLEET CENTER
50 Kennedy Plaza
Providence, RI 02903

Re: JOANNA LEE v. GORDON R. ENGLAND
C.A. No: 05-260S

Dear Attorney Matos:

Could you please inform me regarding the status of the above-subject matter and when I can expect your Answer to our Complaint? We sent correspondence to your office at the end of July, a copy of which is enclosed for your reference.

Thank you for your attention to this matter. Please contact me if you have any questions or concerns regarding same.

Very truly yours,

Steven John Coaty

SJC:sc

Encl.