PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES

COPY

COZEN O'CONNOR
ATTORNEYS
A PROFESSIONAL CORPORATION

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

1900 MARKET STREET PHILADELPHIA, PA 19103-3508 215.665.2000 800.523.2900 215.665.2013 FAX www.cozen.com

RECEIVED
JUN 14 2005
By 100 6433

June 13, 2005

**A. Richard Bailey**
**Direct Phone 215.665.2040**
**Direct Fax 215.701.2040**
**abailey@cozen.com**

**VIA FEDERAL EXPRESS**
Michael Farley, Esquire
Morrison Mahoney LLP
121 South Main Street
Suite 600
Providence, RI 02903-7141

Re: Vigilant Insurance Co. v. East Greenwich Oil Co., Inc., et al
Civil Action No. 04-439 S
Our File No. 147853

Dear Mr. Farley:

Pursuant to the Court's Scheduling Order, I am providing you with plaintiff's Expert Disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure. These disclosures include the following:

1. A report dated June 7, 2005 from Forensic Engineering Sciences, Inc., authored by David F. Toler, P.E.;

2. Appendix I which are photo descriptions for photographs 1-97, copies of said photographs have been previously supplied;

3. A copy of a letter dated June 8, 2005 from Forensic Engineering Sciences, Inc. advising of its rate of compensation for its expert services;

4. The curriculum vitae of David F. Toler, P.E.

5. A listing of testimony provided by deposition by David F. Toler, P.E. from 2001 through and including April 18, 2005;

6. A listing of trials in which David F. Toler, P.E. provided expert testimony from 2002 through and including March 23, 2005; and

---

7. A listing of publications authored by David F. Toler, P.E.

Very truly yours,

COZEN O'CONNOR

By: A. Richard Bailey

ARB/jd
Enclosures
cc(w/o enc): Todd White, Esquire