**EXHIBIT (1)**

**THE COATY LAW OFFICES, LTD.**
NEWPORT PROVIDENCE WARWICK

*STEVEN JOHN COATY, ESQ.**

REPLY TO:

P.O. BOX 1293
NEWPORT, RHODE ISLAND 02840
TELEPHONE: (401) 848-7227
Facsimile: (401) 619-0974

*ALSO ADMITTED IN MA. AND WI.

October 14, 2005

***Via Certified Mail (Return Receipt Requested):***
7005 0390 0002 8933 8706

GORDON R. ENGLAND,
Secretary, Department of the Navy
OFFICE OF LEGAL COUNSEL
1000 NAVY PENTAGON
WASHINGTON, D.C. 20350-1000

**RE: SUMMONS IN CIVIL MATTER**
**JOANNA LEE v. GORDON R. ENGLAND, SECRETARY, DEPARTMENT OF NAVY**
**C.A. NO: 2005-260S**

To Whom It May Concern:

Please find enclosed the Summons and Complaint in the above-subject matter issued by the United States District Court, Rhode Island. Please return a copy of the completed summons in the self-addressed envelope that is also enclosed.

Please contact our office if you have any questions or concerns regarding this matter.

Very truly yours,

Steven John Coaty

SJC:sc

Encls.

UNITED STATES POSTAL SERVICE

***** WELCOME TO *****
NEWPORT MPO
NEWPORT, RI 02840-9998
10/14/05 05:44PM

| | |
|---|---|
| :ore USPS | Trans 128 |
| :stn sys5004 | Cashier KP2QMJ |
| ashier's Name | TIM |
| :ock Unit Id | WINTIM |
| ) Phone Number | 800-275-8777 |
| SPS # | 4371430840 |

| | | |
|---|---|---|
| 1. 37c Reagan PSA | | 0.37 |
| 2. First Class | | 0.37 |
| Destination: | 02871 | |
| Weight: | 1.00 oz. | |
| Postage Type: | PVI | |
| Total Cost: | 0.37 | |
| Base Rate: | 0.37 | |
| 3. First Class | | 5.34 |
| Destination: | 20350 | |
| Weight: | 4.80 oz. | |
| Postage Type: | PVI | |
| Total Cost: | 5.34 | |
| Base Rate: | 1.29 | |
| SERVICES | | |
| Certified Mail | | 2.30 |
| 70050390000289338706 | | |
| Rtn Recpt (Green Card) | | 1.75 |
| Subtotal | | 6.08 |
| Total | | 6.08 |
| Cash | | 7.00 |
| Change Due Cash | | 0.92 |

..der stamps at USPS.com/shop or call 800-Stamp24. Go to PS.com/clicknship to print shipping bels with postage. For other formation call 1-800-ASK-USPS.

mber of Items Sold: 3

NATIONAL PREPAREDNESS MONTH
"RESOLVE TO BE READY"
HAVE AN EMERGENCY SUPPLY KIT
MAKE A FAMILY EMERGENCY PLAN
BE INFORMED BE INVOLVED

7005 0390 0002 8933 8706

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

WASHINGTON DC 20350

| | |
|---|---|
| Postage | $ 1.29 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.34 |

UNIT ID: 0840

Postmark Here

Clerk: KP2QMJ

10/14/05

Sent To: Gordon England, Secretary, DON, Legal Counsel
Street, Apt. No.; or PO Box No. 1000 Navy Pentagon
City, State, ZIP+4 Washington DC 20350-1000

PS Form 3800, June 2002 See Reverse for Instructions