**EXHIBIT (2)**

UNITED STATES POSTAL SERVICE®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 0390 0002 8833 8706
Detailed Results:

- Delivered, October 20, 2005, 7:59 am, WASHINGTON, DC 20310
- Arrival at Unit, October 20, 2005, 2:50 am, WASHINGTON, DC 20022
- Acceptance, October 14, 2005, 5:45 pm, NEWPORT, RI 02840

< Back

Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

&u&b&d

Ex (2)