UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOANNA LEE<br>Plaintiff | ) |
| v. | ) C.A. No. 05-260S |
| GORDON ENGLAND<br>Secretary, Department of the Navy<br>Defendant | ) |

**DEFENDANT'S OBJECTION TO MOTION TO ENLARGE TIME TO PERFECT SERVICE OF COMPLAINT**

Defendant, Gordon England, by and through the undersigned attorneys, hereby objects to Plaintiff's motion to enlarge time to perfect service of complaint. Defendant further requests an extension of time to file his memorandum in support of his opposition until five (5) days from the time Defendant has been served with the Motion. As grounds for this objection, Defendant states as follows.

On January 13, 2006, counsel for Defendant received an Amended Notice of hearing in this matter, which Notice indicated that a hearing would be held on January 23, 2006 on not only Defendant's motion to dismiss, but also Plaintiff's Motion to Enlarge Time to Perfect Service of Complaint. The Court's PACER log appears to reflect that Plaintiff' Motion to Enlarge Time was filed with the Clerk on Monday, January 9, 2006. Notwithstanding, counsel for Defendant has not been served with a copy.

Counsel did receive on January 10, 2006, a verified complaint and a summons sent certified mail return receipt requested, along with a cover letter dated January 5 (Attachment A). However, a motion to enlarge was not included with that material.

Since Defendant is currently unaware of the reasons supporting the motion to extend time to serve, he cannot substantively respond at this time. Defendant anticipates it will be able to do so prior to the hearing on January 23, 2006.

RESPECTFULLY SUBMITTED,

ROBERT CLARK CORRENTE
United States Attorney

Lisa Dinerman
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing objection was served, by facsimile and by regular mail, this 13th day of January, 2006 to Steven John Coaty, The Coaty Law Offices, P.O. Box 1293, Newport, Rhode Island 09840.