


P.O. Box 1293
Newport, RI 02840-3353

Luis M. Matos, Esq.
Chief, Civil Division
CIVIL DIVISION
U.S. ATTORNEY'S OFFICE
FLEET CENTER
50 Kennedy Plaza
Providence, RI 02903

# THE COATY LAW OFFICES, LTD.

NEWPORT PROVIDENCE WARWICK

*STEVEN JOHN COATY, ESQ.**

REPLY TO:

P.O. BOX 1293
NEWPORT, RHODE ISLAND 02840
TELEPHONE: (401) 848-7227
Facsimile: (401) 619-0974

*ALSO ADMITTED IN MA. AND WI.

RECEIVED
SEP 21 2005
U.S. ATTORNEY
DISTRICT OF R.I.

September 16, 2005

Luis M. Matos, Esq.
Chief, Civil Division
CIVIL DIVISION
U.S. ATTORNEY'S OFFICE
FLEET CENTER
50 Kennedy Plaza
Providence, RI 02903

Re: JOANNA LEE v. GORDON R. ENGLAND
C.A. No: 05-260S

Dear Attorney Matos:

Could you please inform me regarding the status of the above-subject matter and when I can expect your Answer to our Complaint? We sent correspondence to your office at the end of July, a copy of which is enclosed for your reference.

Thank you for your attention to this matter. Please contact me if you have any questions or concerns regarding same.

Very truly yours,

Steven John Coaty

SJC:sc

Encl.