# THE COATY LAW OFFICES, LTD.

NEWPORT PROVIDENCE WARWICK

*STEVEN JOHN COATY, ESQ.**

REPLY TO:

P.O. BOX 1293
NEWPORT, RHODE ISLAND 02840
TELEPHONE: (401) 848-7227
Facsimile: (401) 619-0974

*ALSO ADMITTED IN MA. AND WI.

July 27, 2005

Luis M. Matos, Esq.
Chief, Civil Division
CIVIL DIVISION
U.S. ATTORNEY'S OFFICE
FLEET CENTER
50 Kennedy Plaza
Providence, RI 02903

B

Re: JOANNA LEE v. GORDON R. ENGLAND
C.A. No: 05-260S

Dear Attorney Matos:

Please find enclosed Plaintiff's Complaint in the above-subject matter. Pursuant to my phone conversation with your office, you will accept service of process for the Defendant, Department of the Navy.

Thank you for your attention to this matter. Please contact me if you have any questions or concerns regarding same.

Very truly yours,

Steven John Coaty

SJC:sc

Encl.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOANNA LEE,<br>*Plaintiff*<br><br>v.<br><br>GORDON R. ENGLAND,<br>Secretary, Department of the Navy,<br>*Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | PLAINTIFF DEMANDS TRIAL BY JURY<br><br>C.A. No.: 2005 - ____________ |

## VERIFIED COMPLAINT

**I.**

**NATURE OF THE ACTION**

In this civil action, the Plaintiff, JOANNA LEE , hereby commences this cause of action for claimed damages from the Defendant, GORDON R. ENGLAND, in his official capacity as SECRETARY, DEPARTMENT OF THE NAVY, pursuant to Title VII of the Civil Rights Act of 1964, the final Agency decision from the Equal Employment Opportunity Commission, Office of Federal Operations and applicable state law governing employment relationships in accordance with the law of the State of Rhode Island.

**II.**

**JURISDICTION AND VENUE**

1. Plaintiff, JOANNA LEE ["Mrs. Lee"] commences this de novo cause of action for enforcement of an agreement entered into by Mrs. Lee with the Department of the Navy to resolve and settle her complaint of discrimination under Title VII of the Civil Rights Act of 1964 against the Naval War College, Newport Rhode