UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOANNA LEE,<br>*Plaintiff* | :<br>:<br>: |
| v. | C.A. No.: 2005-260S<br>:<br>: |
| GORDON R. ENGLAND,<br>Secretary, Department of the Navy,<br>*Defendant* | :<br>:<br>:<br>:<br>: |

## PLAINTIFF, JOANNA LEE'S, MOTION TO SUPPLEMENT RECORD

*Now comes* Plaintiff, JOANNA LEE ["Mrs. Lee"], by and through her counsel, to move this honorable Court to permit her to supplement the record with the enclosed return receipt signed by the office of the Attorney General of the United States, the Honorable Alberto Gonzales, that establishes receipt of the complaint in the above-subject matter, pursuant to Rules 4(i), Rule 4(m) and 6, Fed.R.Civ.P.., as set forth in the accompanying Memorandum of Law.

*Wherefore,* it is respectfully requested that Mrs. Lee's Motion be granted.

Respectfully submitted,
JOANNA LEE,
Plaintiff,

Steven John Coaty, Esq. (5719)
P.O. Box 1293
Newport, RI 02840
Tel: 401.848.7227
Fax: 401.619.0974

Dated: February 11, 2006

## CERTIFICATE OF SERVICE

I, hereby certify that on this 11th day of February 2006, I mailed via first class mail, postage prepaid, a true and correct copy of the attached PLAINTIFF'S MOTION and foregoing MEMORANDUM IN SUPPORT THEREOF to:

Lisa Dinerman, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903

By: /s/

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>JAN 17 2006 |
| 1. Article Addressed to:<br>THE HONORABLE ALBERTO GONZALES<br>ATTORNEY GENERAL OF THE U.S.<br>DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, D.C.<br>         20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail    ☐ Express Mail<br>  ☐ Registered    ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOANNA LEE,<br>    *Plaintiff* | :<br>:<br>:   C.A. No.: 2005-260S |
| v. | :<br>: |
| GORDON R. ENGLAND,<br>Secretary, Department of the Navy,<br>    *Defendant* | :<br>:<br>: |

**PLAINTIFF, JOANNA LEE'S, MEMORANDUM IN SUPPORT OF HER
MOTION TO SUPPLEMENT THE RECORD**

    Plaintiff, JOANNA LEE ["Mrs. Lee"], by and through her counsel, submit this Memorandum in support of her motion to supplement the record by attaching the enclosed green, return receipt registered mail card to her previously filed motion to perfect service of process evidencing receipt of Mrs. Lee's complaint by the office of the Honorable Alberto Gonzales, Attorney General of the United States, pursuant to Rule 4(i), Federal Rules of Civil Procedure.

    It is respectfully requested that this honorable Court give leave to supplement the record with the enclosed evidence of receipt.

<br>

                                            Respectfully submitted,
                                            JOANNA LEE,
                                            Plaintiff,

                                            By: _____
                                            Steven John Coaty, Esq. (5719)
                                            P.O. Box 1293
                                            Newport, RI 02840
                                            Tel: 401.848.7227

Dated: February 11, 2006                          Fax: 401.619.0974

## CERTIFICATE OF SERVICE

I, hereby certify that on this 11th day of February 2006, I mailed via first class mail, postage prepaid, a true and correct copy of the attached PLAINTIFF'S MOTION and foregoing MEMORANDUM IN SUPPORT THEREOF to:

Lisa Dinerman, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903

By: *[signature]*