UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOANNA LEE,
*Plaintiff*

v.

GORDON R. ENGLAND,
Secretary, Department of the Navy,
*Defendant*

C.A. No.: 2005-260S

FILED FEB U.S. DISTRIC

RECEIVED

MAR 10 2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**PLAINTIFF, JOANNA LEE'S, MOTION TO SUPPLEMENT RECORD**

*Now comes* Plaintiff, JOANNA LEE ["Mrs. Lee"], by and through her counsel, to move this honorable Court to permit her to supplement the record with the enclosed return receipt signed by the office of the Attorney General of the United States, the Honorable Alberto Gonzales, that establishes receipt of the complaint in the above-subject matter, pursuant to Rules 4(i), Rule 4(m) and 6, Fed.R.Civ.P.., as set forth in the accompanying Memorandum of Law.

*Wherefore,* it is respectfully requested that Mrs. Lee's Motion be granted.

Respectfully submitted,
JOANNA LEE,
Plaintiff,

Steven John Coaty, Esq. (5719)
P.O. Box 1293
Newport, RI 02840
Tel: 401.848.7227
Fax: 401.619.0974

Dated: February 11, 2006

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
March 13, 2006

Referred to USMJ Martin
for findings & recommendations
for determination

William E. Smith, U.S. District Judge
3/8/06

RECEIVED

MAR 09 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,

v.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.

CA NO: 05-246S

**ORDER**

This matter came on for hearing on the 8th day of March, 2006, before Magistrate ~~Justice~~ Judge David L. Martin on Plaintiffs' Motion to Add Claim for Fraud under Rhode Island Common Law (the "Motion"), and after hearing thereon and consideration thereof, it is hereby

**ORDERED**

That the Motion is denied without prejudice to the Plaintiffs' right to bring a subsequent motion to amend the Plaintiffs' Complaint that is satisfactory of the pleading requirements of Fed. R. Civ. P. Rule 9(b).

Enter:

David L. Martin
USMJ 3-13-06

Per Order:

[signature]

PRESENTED BY:

[signature]

Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 274-7200
Fax: (401) 751-0604/ 351-4607