UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAY 8 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOANNA LEE<br>Plaintiff<br><br>v.<br><br>GORDON ENGLAND<br>Secretary, Department of the Navy<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-260S |

**DISMISSAL STIPULATION**

Now comes plaintiff Joanna Lee and Defendant Gordon England, Secretary, Department of the Navy, by and through their undersigned counsel, and hereby stipulate and agree that, plaintiff's claims against the Defendant, are voluntarily dismissed by plaintiff with prejudice, each party to bear its own fees, costs, and expenses.

ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Fleet Building, 8th Floor
50 Kennedy Plaza
Providence, RI 02903
Attorney for Defendant

DATED: 5/8/06

Steven John Coaty, Esq
P.O. Box 1293
Newport, RI 02840
Attorney for Plaintiff

DATED: 04/12/2006

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 5/9/06